# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**THOMAS WADE TERRY,**

    **Plaintiff,**

**v.**                                                 **Case No. 3:17cv200-RV-CJK**

**SECRETARY, FLORIDA DEPARTMENT**
**OF CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 16, 2017 (doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3.    The Clerk shall close the file.

**DONE AND ORDERED** this 27th day of December, 2017.

            /s/ *Roger Vinson*
            **ROGER VINSON**
            **SENIOR UNITED STATES DISTRICT JUDGE**